THE PEOPLES TRUST COMPANY, as Guardian, etc., of LESLIE C. BRUCE, JR., an Infant, Respondent, v. ELIZABETH JOHNSON and Others, Defendants. JAMES T. TAYLOR, Purchaser, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

HELEN L. POLLITZER, Appellant, v. WILLIAM S. POLLITZER, Respondent. — Order affirmed, without costs, upon the ground that the stipulation should be construed as not applying to the first judgment, viz., the one entered November 5, 1915. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW FELLAIO, Alias PASQUALE MONACO, Alias PASQUALE MORANDE, Appellant. — Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON MONTLAKE, etc., and MAX ROSENFELD, Appellants.— Reargument ordered as to the charge of the court upon the subject of the proof necessary to establish the defense of alibi, and as to the burden of proof in respect to the same as referred to at folios 755 and 757 of the record; and case set down for Friday, June 14, 1918. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDMUND J. BLANEY, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Writ sustained, determination annulled and relator reinstated, without costs, on the ground that the evidence is insufficient to establish the charge. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Relator, v. HENRY BANTZ and Others, Defendants, and EDWARD F. BRUSH, Appellant. (Proceedings Nos. 2 and 3.)— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Seeger at Special Term. (Reported in 104 Misc. Rep. 710.) Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ., concurred.